UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARIA LEGARDA, | ) | No. CV 07-05518-JFW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DEBORAH PATRICK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: September 9, 2008

*JOHN F. WALTER*
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE